**Fill in this information to identify the case:**

Debtor name: HONG KONG ENTERTAINMENT (OVERSEAS) INVEST., LTD.

United States Bankruptcy Court for the: N. MARIANA ISLANDS District of _____
(State)

Case number (If known): _____

BK 15-00006

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   X Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**Creditor's name**
Tinian Dynasty Investments Ltd.

**Creditor's mailing address**
Columbus Centre Bldg. Wickhams Cay
Road Town Tortola, BVI VG1110

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____ ____

**Describe debtor's property that is subject to a lien**
Leasehold for Lots 035 T 09, 035 T 14, 035 T 15, 035 T16, 035 T 17, 035 T 03 and 119 T 01

$ 175,282,787.00    $ 55,204,880.27

**Describe the lien** 1998 Recorded mortgage and Promissory Note

**Is the creditor an insider or related party?**
☐ No
X Yes

**Is anyone else liable on this claim?**
X No
☐ Yes. Fill out Schedule H: Co debtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
X No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Creditor's name**
_____

**Creditor's mailing address**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____ ____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
_____
$_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $_____