| Fill in this information to identify the case: |
|---|
| Debtor name: Hong Kong Entertainment (Overseas) Investments, Ltd. |
| United States Bankruptcy Court for the: N. MARIANA ISLANDS District of _____ (State) |
| Case number (If known): _____ |

BK 15-00006

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................. $ 51,273,673

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................................... $ 3,931,207.27

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................. $ 55,204,880.27

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........ $ 175,282,787.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................... $ 76,793,708.35

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......... + $ 6,406,447.12

4. **Total liabilities**
    Lines 2 + 3a + 3b                                                                           $ 258,482,942.47